UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | ED CR 06-40 VAP |
| | ) | |
| Plaintiff, | ) | JUDGMENT AND COMMITMENT |
| v. | ) | ORDER FOLLOWING |
| | ) | REVOCATION OF SUPERVISED |
| ARTURO GARCIA, | ) | RELEASE |
| | ) | |
| Defendant. | ) | |
| | ) | |

On Thursday, March 18, 2010, the matter came on regularly for hearing on the Petition for Revocation of Probation and Supervised Release filed on March 16, 2010. Appearing on behalf of the Defendant was Charles Brown, Deputy Federal Public Defender, and appearing on behalf of the Government was Assistant United States Attorney, Sheri Pym. Also present was Probation Officer Eduardo Meza.

The Defendant after having been advised of the allegations as contained in the Petition filed on March 16, 2010, admitted to the truthfulness of each of allegation Nos. One, Two.

The Court found the Defendant to have violated the terms and conditions of Supervised Release as set forth in the Judgment and Probation/Commitment Order of the United States District Court for the District of Hawaii, Honolulu Division, imposed on December 30, 1997 and filed on January 13, 1998. The Court ORDERS the Defendant's term of supervised release REVOKED.

1    It is adjudged that Defendant, ARTURO GARCIA, is committed to the custody of the Bureau of
2    Prisons, to be imprisoned for a term of 10 months on each of allegations One and Two, to be served
3    concurrently, with no further period of supervised release to follow.
4    It is ordered that the defendant shall surrender himself to the United States Marshals' Service,
5    located at the United States Court House, 3470 Twelfth Street, Room G-122, Riverside, California,
6    92501, on or before 12:00 NOON, on April 8, 2010.

9    IT IS SO ORDERED.

11   Date  March 24, 2010

                                                    _____
                                                    VIRGINIA A. PHILLIPS
                                                    United States District Judge

     CLERK, U. S. DISTRICT COURT


     By:   M. Dillard
           M. Dillard, Courtroom Deputy